No. 912. FLYNN EX REL. KING *v.* TILLINGHAST, COMMISSIONER OF IMMIGRATION, June 2, 1930. Petition for

writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Everett Flint Damon* and *Walter Bates Farr* for petitioner. *Solicitor General Thacher, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for respondent.